THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY YOUNG, Appellant.—Judgment, Supreme Court, New York County, rendered on September 28, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Silverman, J. P., Fein, Lane, Sandler and Sullivan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v UGENT BINNS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 25, 1976, unanimously affirmed. Application by appellant's counsel to

withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Silverman, J. P., Fein, Lane, Sandler and Sullivan, JJ.